# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>             Plaintiff,<br><br>      v.<br><br>ARIAS, et al.,<br><br>             Defendants. | Case No. 1:21-cv-01794-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EARLY DISPOSITION SETTLEMENT CONFERENCE<br><br>(ECF No. 13) |

Plaintiff Lance Williams is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for early disposition settlement conference, filed March 21, 2022.  Plaintiff's motion must be denied.

On January 12, 2022, the undersigned issued Findings and Recommendations recommending that Plaintiff's motion to proceed in forma pauperis be denied as he has suffered three or more previous strikes under 28 U.S.C. § 1915(g).  (ECF No. 9.)  Accordingly, this case is not ripe for any type of settlement conference, and Plaintiff's motion is denied as premature.

IT IS SO ORDERED.

Dated:   **March 22, 2022**

UNITED STATES MAGISTRATE JUDGE

1