UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ARIAS, et al.,<br><br>    Defendants. | No. 21-cv-01794-ADA-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 20) |

    Plaintiff Lance Williams is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 14, 2022, the Magistrate Judge issued findings and recommendations recommending denial of Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). (ECF No. 16.) The Court adopted the findings and recommendations in full on October 5, 2022 and ordered Plaintiff to pay the $402 filing fee within thirty days of service of that order. (ECF No. 20.) In that order, the Court warned Plaintiff that, if he failed to pay the filing fee within the specified time, this action would be dismissed. (*Id.* at 2.)

    The deadline to pay the filing fee has now passed. To date, Plaintiff has not paid the fee or requested an extension of time to do so.

///

1

Accordingly,

1. This action is dismissed due to Plaintiff's failure to obey a court order and to pay the required filing fee; and

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 20, 2022

_____
UNITED STATES DISTRICT JUDGE

2